IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:10-CV-150-D

TAMATHA R. MOOSE, and )
GAIL K. THOMAS, )
)
    Plaintiffs ) ORDER
v. )
)
CAMPBELL SALES GROUP, INC., )
  d/b/a LEATHER ITALIA USA )
)
    Defendant. )

This matter is before the Court on the parties' Joint Request for Court-Hosted Settlement Conference pursuant to Local Civil Rule 101.2, EDNC. The matter is referred to United States Magistrate Judge David W. Daniel for a settlement conference prior to the close of the discovery period.

SO ORDERED, this __1__ day of December, 2010.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE